UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
PNMNY002

| IN RE: | |
|---|---|
| EDAWARD L RIVERA and BROGAN P RIVERA, | Chapter: 13 |
| | Case No.: 24-74292 AST |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

PennyMac Loan Services, LLC

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: November 12, 2024

FEIN, SUCH & CRANE, LLP
Attorneys for PennyMac Loan Services, LLC

*/s/ Tammy L. Terrell Benoza*
TAMMY L. TERRELL BENOZA, ESQ.
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614
585-226-7310
and
6 CAMPUS DRIVE, SUITE 304
PARSIPPANY, NEW JERSEY 07054
973-538-4700